AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JUN 29 AM 10: 39

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLERK

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| United States of America | ) | |
| v. | ) | Case No.   22-cr-0211-PAB |
| 1. RONALD PHILIP WALLACE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RONALD PHILIP WALLACE
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

COUNTS 1-9, Wire Fraud, 18 U.S.C. §§ 1343;
COUNTS 10-40, Money Laundering, 18 U.S.C. 1956;
COUNTS 40-43, Bank Fraud, 18 U.S.C. § 1344; and
COUNT 44, Money Laundering, 18 U.S.C. § 1957

Date:      06/22/2022                                          *s/S. Phillips, Deputy Clerk*
                                                                        *Issuing officer's signature*

City and state:    Denver, Colorado                          Jeffrey P. Colwell, Clerk of Court
                                                                        *Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 6-23-2020 , and the person was arrested on *(date)* 6-27-2022 at *(city and state)* Denver, CO | | |
| Date:   6-27-2022 | *Arresting officer's signature* | |
| | Melinda Wilgus, Special Agent | |
| | *Printed name and title* | |