IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00211-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    RONALD PHILIP WALLACE, and
2.    STACE YATER WALLACE,

      Defendants.

## UNITED STATES' MOTION TO RESTRICT DOC. NO. 51

The United States of America, by and through Cole Finegan, United States Attorney for the District of Colorado, and Robert Brown, Assistant United States Attorney, pursuant to D.C.COLO.LCrR respectfully moves to restrict the document filed at Doc. No. 51, any order revealing the contents of that document, and the brief filed in support of this motion filed at Doc. No. 51, for the reasons stated in the brief filed in support of this motion.

The United States requests a "Level 3" restriction. Pursuant to D.C.COLO.LCrR 47.1(b), "Level 3" restriction would make the document, any order revealing the contents of that document, and the brief filed in support of this motion accessible to the government and the Court.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:     *s/Robert Brown*
ROBERT BROWN
Assistant United States Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Robert.Brown5@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on September 13, 2023, I electronically filed the UNITED STATES' MOTION TO RESTRICT DOC. NO. 51 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                            *s/Elaina Wohr*
                                            Elaina Wohr
                                            Legal Assistant