IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00211-PAB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. RONALD PHILIP WALLACE AND
2. STACE YATER WALLACE

Defendants.

---

### MOTION FOR RULING ON JOINT MOTION TO SEVER

---

Come now Ronald Philip Wallace and Stace Yater Wallace, through their respective counsel, pursuant to Rules 12 and 47, Fed. R. Cr. P, and respectfully move the Court for an order granting this motion. In support of such motion, Defendants state the following:

1. The Indictment charges the defendants with a fraud and money laundering scheme occurring between September 2014 and August 2019 (counts 1-40) and with an PPP[1] scheme occurring between May 2020 and April 2021(counts 41-44).

2. The defendants filed a joint motion to sever the fraud and money laundering counts from the PPP counts on March 28, 2023 (ecf doc 37).

3. The government filed an objection thereto on June 2, 2023 (ecf doc 45).

4. The parties are engaged in ongoing plea discussions to resolve the Indictment in this case.

---

[1] Congress enacted in March 2020 the Coronavirus Aid, Relief, and Economic Security Act (ACRES), which included a small business assistance program referred to as the Paycheck Protection Program, commonly called the PPP loan program.

5. Defendants are aware that pretrial motions are not due until December 29, 2023 (ecf doc 42).

6. However, defendants respectfully submit that a ruling on the severance motion now will facilitate the ongoing settlement discussions.

7. Defendants have discussed this motion with Assistant United States Attorney Robert Brown, who takes no position.

Wherefore, Defendants respectfully pray that the Court enter an Order granting this Motion, and granting such further relief as the court deems just and proper.

    Respectfully submitted,

s/<u>Richard J. Banta</u>
Richard J. Banta, P.C.
501 S. Cherry Street
Suite 1100-mb11
Denver, CO 80246
303-860-8048
E-mail: rjbanta@comcast.net
Attorney for Defendant
Stace Yater Wallace

s/<u>Lynn A. Pierce</u>
Butler, Landrum & Pierce, P.C.
720 Kipling Street, Suite 201
Lakewood, CO  80215
(303) 232-3888
E-mail: lpierce.blp@comcast.net
Attorney for Defendant
Ronald Philip Wallace

s/ <u>Ronald Gainor</u>
Gainor & Donner
10722 Ashford Circle
Highlands Ranch, CO 80126
720-201-3036
E-mail: gainorlaw@gmail.com
Attorney for Defendant
Ronald Philip Wallace

CERTIFICATE OF SERVICE

      I hereby certify that on September 19, 2023 I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                             *s/Richard J. Banta*
                                                             Richard J. Banta