IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 22-cr-00211-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RONALD PHILIP WALLACE,

    Defendant.
_____

## ORDER
_____

    This matter is before the Court on Defendant Ronald Philip Wallace's Unopposed Motion to Modify Pretrial Release Conditions [Docket No. 80].  In his motion, defendant asks the Court for 1) permission to allow travel within the United States without requiring prior permission from the probation office and 2) discontinue pretrial supervision and reporting.  *Id*. at 1.  Neither the United States nor the Probation Office opposes defendant's motion.  *Id*. at 3, ¶ 8; Docket No. 82.  Wherefore, it is

    **ORDERED** that Defendant Ronald Philip Wallace's Unopposed Motion to Modify Pretrial Release Conditions [Docket No. 80] is **GRANTED**.  It is further

    **ORDERED** that the Order Setting Conditions of Release shall be modified to allow defendant Ronald Philip Wallace to travel within the United States.  It is further

**ORDERED** that the Order Setting Conditions of Release shall be modified to discontinue pretrial supervision and reporting for defendant Ronald Philip Wallace.

DATED March 29, 2024.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge