IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00211-PAB-1

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. **RONALD PHILIP WALLACE** and
2. STACE YATER WALLACE

Defendants.

## NOTICE OF DISPOSITION

Defendant Ronald Philip Wallace, through his attorneys Lynn Pierce and Ronald Gainor, respectfully notify the Court that Mr. Wallace has reached a disposition by way of a plea agreement with the Government. Mr. Wallace respectfully requests that his change of plea hearing be set at the same time as the change of plea hearing for Co-Defendant Stace Wallace.

Dated:  September 20, 2024.

                                                  Respectfully submitted,

                                                   *s/ Lynn A. Pierce*
                                                  Lynn A. Pierce #18953
                                                  Butler, Landrum & Pierce, P.C.
                                                  720 Kipling Street, Suite 201
                                                  Lakewood, CO  80215
                                                  (303) 232-3888
                                                  Email: lpierce.blp@comcast.net
                                                  Attorney for Defendant

        s/ *Ronald Gainor*
Ronald Gainor
Gainor & Donner
10722 Ashford Circle
Highlands Ranch, CO 80126
720-201-3036
Email: gainorlaw@gmail.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

        *s/ Lynn A. Pierce*