IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No.:  22-cr-00211-PAB          Date:  November 7, 2024
Courtroom Deputy:  Sabrina Grimm          Court Reporter:   Janet Coppock

_Parties:_                                                    _Counsel:_

UNITED STATES OF AMERICA,                  Tim Neff
                                                              Nicole Cassidy

    Plaintiff,

v.

1.  RONALD PHILIP WALLACE,                  Lynn Pierce
2.  STACE YATER WALLACE,                     Ronald Gainor
                                                              Richard Banta

    Defendants.

---

## COURTROOM MINUTES

---

**CHANGE OF PLEA HEARING**

**10:37 a.m.    Court in session.**

Appearances of counsel.  Defendants are present on bond.

The Information for Stace Wallace, Plea Agreement (Court Exhibit 1), Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the court for each defendant.

### _Deft 2 – Stace Wallace_

Discussion regarding Stace Wallace's plea agreement.

Defendant Stace Wallace sworn in.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant enters plea of guilty to Count 1 of the Information.

Court states its findings of fact and conclusions of law.

**It is ORDERED as follows:**

- Court Exhibits 1 and 2 are admitted as to Stace Wallace.

- The court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.

- Defendant Stace Wallace's plea of guilty is accepted.

- The Probation Department shall conduct a presentence investigation and file a presentence report.

- Any motions for departure or variance shall be filed within the time limits specified by Fed. R. Crim. P. 32(f)(1), as discussed.

- Defendant, with the assistance of counsel, if necessary, shall contact the probation department regarding the presentence investigation.

- Sentencing is set for February 28, 2025 at 2:30 p.m. for 2-hours in Courtroom A701 before Chief Judge Philip A. Brimmer.

- Any pending pretrial motions on behalf of the defendant are deemed MOOT.

**ORDERED:**  Defendant Stace Wallace's bond is continued.

Discussion regarding returning Stace Wallace's passport.

**ORDERED:**  Defendant Stace Wallace's oral motion to return her passport to her is GRANTED.  The Court modifies the release conditions to remove the condition requiring the defendant to surrender her passport.  The Clerk's Office is directed to return the passport to the defendant.

### *Deft 1 – Ronald Wallace*

Defendant Ronald Wallace sworn in.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant enters plea of guilty to Counts 9 and 43 of the Amended Indictment.

Court states its findings of fact and conclusions of law.

**It is ORDERED as follows:**

- Court Exhibits 1 and 2 are admitted as to Ronald Wallace.

- The court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.

- Defendant Ronald Wallace's plea of guilty is accepted.

- The Probation Department shall conduct a presentence investigation and file a presentence report.

- Any motions for departure or variance shall be filed within the time limits specified by Fed. R. Crim. P. 32(f)(1), as discussed.

- Defendant, with the assistance of counsel, if necessary, shall contact the probation department regarding the presentence investigation.

- Sentencing is set for February 28, 2025 at 2:30 p.m. for 2-hours in Courtroom A701 before Chief Judge Philip A. Brimmer.

- Any pending pretrial motions on behalf of the defendant are deemed MOOT.

**ORDERED:**  Defendant Ronald Wallace's bond is continued.

Statement by victim Eric Weller.

**11:55 a.m.    Court in recess.**

Hearing concluded.
Total time in court:    1:18