IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00211-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RONALD PHILIP WALLACE,

    Defendant.

## GOVERNMENT'S MOTION TO DISMISS COUNTS AS TO DEFENDANT RONALD WALLACE

    The Government respectfully moves this Court to enter an Order dismissing all counts of the Amended Indictment as to defendant Ronald Wallace other than Counts 9 and 43 (to which the Defendant has pled guilty) at the time of sentencing. The Government's request is made pursuant to the terms of the parties' plea agreement.

    Respectfully submitted this 10th day of April, 2025.

                                    J. Bishop Grewell
                                    Acting United States Attorney

                                    By:  *s/Tim Neff*
                                    Tim Neff
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    1801 California Street, Suite 1600
                                    Denver, Colorado 80202

Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Tim.Neff@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

I certify that on this 11th day of April, 2025, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISMISS COUNTS AS TO DEFENDANT RONALD WALLACE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By:   <u>*sMaureen Carle*            </u>
           Legal Administrative Specialist
           United States Attorney's Office