IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00211-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RONALD PHILIP WALLACE,

    Defendant.

**GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 3E1.1(b) TO AWARD DEFENDANT RONALD WALLACE A DECREASE IN OFFENSE LEVEL BY ONE ADDITIONAL LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

    The United States of America respectfully moves this Court to enter an Order awarding defendant Ronald P. Wallace a decrease in offense level by one additional level for acceptance of responsibility. The Government files this Motion pursuant to U.S.S.G. §3E1.1(b).

    As grounds, the Government states that the Defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the Government to avoid preparing for trial and permitting the Government to allocate its resources efficiently.

    WHEREFORE, the Government moves the Court to grant this Motion and award

the Defendant a decrease in offense level by one additional level based on his acceptance of responsibility.

Respectfully submitted this 11th day of April, 2025.

J. Bishop Grewell
Acting United States Attorney

By: *s/ Tim Neff*
Tim Neff
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Tim.Neff@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

I certify that on this 11th day of April, 2025, I electronically filed the foregoing **GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 3E1.1(b) TO AWARD DEFENDANT RONALD WALLACE A DECREASE IN OFFENSE LEVEL BY ONE ADDITIONAL LEVEL FOR ACCEPTANCE OF RESPONSIBILITY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/Maureen Carle*
Legal Administrative Specialist
United States Attorney's Office