IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No.  22-cr-00211-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RONALD PHILIP WALLACE,

    Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT**
_____

    This matter is before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment against Defendant Ronald Philip Wallace [Docket No. 117] pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2.  The Court, having read said motion and being fully advised in the premises, finds:

    THAT, on January 8, 2024, an amended indictment was filed charging defendant Ronald Philip Wallace in Counts 1 through 9, with Wire Fraud and Aiding and Abetting, in violation of 18 U.S.C. §§ 1343 and 2; in Counts 10 through 40, with Money Laundering and Aiding and Abetting, in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2; in Counts 41 through 43, with Bank Fraud and Aiding and Abetting, in violation of 18 U.S.C. §§ 1344 and 2; and in Count 44, with Money Laundering and Aiding and Abetting, in violation of 18 U.S.C. §§ 1957 and 2;

THAT the amended indictment also sought forfeiture from defendant Ronald Philip Wallace pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 982(a)(2), and 28 U.S.C. § 2461(c);

THAT, on November 7, 2024, the United States and defendant Ronald Philip Wallace entered into a plea agreement in which defendant plead guilty to Counts 9 and 43, violations of 18 U.S.C. §§ 1343, 1344, and 2.  It also contained a factual basis and cause to issue a personal money judgment under 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b).

THEREFORE, IT IS ORDREED, DECREED, AND ADJUDGED:

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Ronald Philip Wallace in the amount of $546,546.00 shall be entered in accordance with 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2), and 28 U.S.C. § 2461(c);

THAT pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture for a Personal Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

DATED: April 14, 2025.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge