IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 22-cr-00211-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RONALD PHILIP WALLACE,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on defendant's Unopposed Motion to Restrict Document [Docket No. 111]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that the Unopposed Motion to Restrict Document [Docket No. 111] is granted. It is further

**ORDERED** that Docket Nos. 110 and 112 shall be restricted under restriction level 2 until further order of this Court.

DATED April 14, 2025.

                              BY THE COURT:

                              _____
                              PHILIP A. BRIMMER
                              Chief United States District Judge