IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 22-cr-00211-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RONALD PHILIP WALLACE,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court on the United States' Motion to Restrict Document [Docket No. 122]. No objections have been filed under D.C.COLO.LCrR 47.1.

The government seeks to restrict its sentencing statement on the grounds that the document contains "personal medi[c]al conditions and private health information of the defendant." Docket No. 121 at 1. Only one paragraph on page 8 discusses the defendant's medical condition. The government fails to show why the entire document should be placed under restriction instead of only the paragraph at issue. Moreover, the defendant's motion for departure and non-guideline sentence, which is not under restriction, discusses the defendant's health information. *See* Docket No. 109 at 2, 5, 8.

Wherefore, it is

**ORDERED** that the United States' Motion to Restrict Document [Docket No. 122] is **DENIED**. It is further

**ORDERED** that the restrictions on Docket Nos. 120 and 121 shall be removed.

DATED April 23, 2025.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge