IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Case No.: 22-cr-00211-PAB | Date: April 25, 2025 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |
| Probation Officer: Chris Woodiel | |

<u>Parties:</u>  <u>Counsel:</u>

UNITED STATES OF AMERICA,  Tim Neff
  Nicole Cassidy

   Plaintiff,

v.

1. RONALD PHILIP WALLACE, and  Ronald Gainor
  Lynn Pierce
2. STACE YATER WALLACE,  Richard Banta

   Defendants.

## COURTROOM MINUTES

**SENTENCING HEARING**

**1:32 p.m.     Court in session.**

Appearances of counsel.  Defendants are present on bond.

Discussion regarding pending motions.

<u>Deft #2 – Stace Wallace</u>

Discussion and argument regarding objections to the presentence report and sentencing recommendation.

**ORDERED:**  Government's Motion to Dismiss Amended Indictment as to Defendant Stace Wallace [115] is GRANTED.

Case No. 1:22-cr-00211-PAB   Document 135   filed 04/25/25   USDC Colorado   pg 1 of 3

Statement by Ms. Yater-Wallace.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:**  Defendant shall be placed on probation for 3 years.

**ORDERED:**  Conditions of Supervision, as stated on record.

**ORDERED:**  Defendant shall pay a $25.00 Special Assessment fee, to be paid immediately.  No fine is imposed.

**ORDERED:**  Restitution shall be paid to the victims in accordance with the Schedule of Payments sheet in the Judgment.  Interest on restitution is waived.

Defendant advised of right to appeal.

**ORDERED:**  Defendant Stace Wallace's oral motion to travel to Canada and California is GRANTED, as stated on the record.

**ORDERED:**  Defendant Stace Wallace's bond is exonerated.

<u>Deft #1 – Ronald Wallace</u>

Discussion and argument regarding objections to the presentence report and sentencing recommendation.

Statement by Mr. Wallace.

**ORDERED:**  Defendant Ronald Wallace's Motion for Departure and Non-Guideline Sentence [109] is DENIED.

**ORDERED:**  Government's Motion Pursuant to U.S.S.G. § 3E1.1(b) to Award Defendant Ronald Wallace a Decrease in Offense Level by One Additional Level for Acceptance of Responsibility [114] is GRANTED.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:** Defendant shall be imprisoned for 24 months as to Count 9 and 24 months as to Count 43, to run concurrently with each other. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years as to Count 9 and 5 years as to Count 43, to run concurrently with each other.

**ORDERED:** Conditions of Supervision, as stated on record.

**ORDERED:** Defendant shall pay a $200.00 Special Assessment fee, to be paid immediately. No fine is imposed.

**ORDERED:** Restitution shall be paid to the victims in accordance with the Schedule of Payments sheet in the Judgment. Interest on restitution is waived.

**ORDERED:** Defendant shall forfeit any interest in property, as stated on record, to the United States.

Defendant advised of right to appeal.

Discussion regarding remand.

**ORDERED:** Defendant is directed to surrender to the institution designated by the Bureau of Prisons between August 5, 2025 and August 15, 2025.

The Court recommends that the Bureau of Prisons place the defendant at a Federal Medical Center.

**ORDERED:** Defendant's bond is continued.

**3:07 p.m.    Court in recess.**

Hearing concluded.
Total time in court:    1:35