IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 22-cr-00211-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   RONALD PHILIP WALLACE,

    Defendant.

_____

### ORDER
_____

This matter comes before the Court on defendant Ronald Philip Wallace's Unopposed Motion for Extension of Surrender Date [Docket No. 159], wherein Mr. Wallace asks to continue his surrender date to February 15, 2026. The government does not oppose the motion. *Id.* at 2, 3. The Probation Department also does not oppose the motion.

At the sentencing hearing for Mr. Wallace on April 25, 2025 and in the Court's July 29, 2025 order, the Court expressed concern about medical issues always being a reason to postpone sentencing. However, due to the circumstances stated in the motion for extension of surrender date, the Court finds good cause to grant the motion. Therefore, it is

**ORDERED** that defendant Ronald Philip Wallace's Unopposed Motion for Extension of Surrender Date [Docket No. 159] is **GRANTED**. It is further

**ORDERED** that the defendant Ronald Philip Wallace shall surrender himself by reporting to the Warden at the Florence Satellite Camp, 5880 HWY 67 SRXWK, Florence, CO 81226 on **February 15, 2026, by 12:00 p.m.**   Travel will be at his own expense.

DATED December 17, 2025.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge